1   David C. Kiernan (State Bar No. 215335)
    Craig E. Stewart (State Bar No. 129530)
2   Paul C. Hines  (State Bar No. 294428)
    JONES DAY
3   555 California Street, 26th Floor
    San Francisco, CA  94104
4   Telephone:    +1.415.626.3939
    Facsimile:    +1.415.875.5700
5   Email:        dkiernan@jonesday.com
                  cestewart@jonesday.com
6                 phines@jonesday.com

7   Attorneys for Petitioner
    JONES DAY
8

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12

13
    JONES DAY,                          Case No.
14
                     Petitioner,        **[PROPOSED] ORDER GRANTING JONES**
15                                      **DAY'S MOTION TO SHORTEN TIME FOR**
           v.                           **BRIEFING AND HEARING OF ITS**
16                                      **MOTION TO COMPEL COMPLIANCE**
    ORRICK HERRINGTON & SUTCLIFFE,      **WITH ARBITRATION SUMMONSES**
17  LLP; MICHAEL TORPEY; AND
    MITCHELL ZUKLIE,
18
                     Respondents.
19

20

21

22

23

24

25

26

27

28

1    Now before the Court is Petitioner Jones Day's Motion to Shorten Time for Briefing and

2    Hearing of Its Motion to Compel Compliance with Arbitration Summonses.  Having considered

3    the papers submitted, the Court hereby GRANTS that Motion.  The Court orders that

4    Respondent's Opposition to Jones Day's Motion to Compel Compliance with Arbitration

5    Summonses shall be due on August 11, 2021, and Petitioner's Reply shall be due by August 17,

6    2021.  The Court shall hear that motion on _____, 2021 at _____ in Courtroom

7    _____ in the United States District Court, Northern District of California, San Francisco Division,

8    located at 450 Golden Gate Avenue, San Francisco, California.

9    IT IS SO ORDERED.

10

11   Dated: _____, 2021

12                                                        By: _____

13                                                            United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Granting
Jones Day's Mot. to Shorten Time
Case No.