| | |
|---|---|
| 1 | David C. Kiernan (State Bar No. 215335) |
| | Craig E. Stewart (State Bar No. 129530) |
| 2 | Paul C. Hines  (State Bar No. 294428) |
| | JONES DAY |
| 3 | 555 California Street, 26th Floor |
| | San Francisco, CA  94104 |
| 4 | Telephone:      +1.415.626.3939 |
| | Facsimile:       +1.415.875.5700 |
| 5 | Email:             dkiernan@jonesday.com |
| |                          cestewart@jonesday.com |
| 6 |                          phines@jonesday.com |

Attorneys for Petitioner
JONES DAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JONES DAY, | Case No. |
| Petitioner, | **[PROPOSED] ORDER GRANTING JONES DAY'S MOTION TO COMPEL COMPLIANCE WITH ARBITRATION SUMMONSES** |
| v. | |
| ORRICK HERRINGTON & SUTCLIFFE, LLP; MICHAEL TORPEY; AND MITCHELL ZUKLIE, | |
| Respondents. | |

Now before the Court is Petitioner Jones Day's Motion to Compel Compliance with Arbitration Summonses. Having considered the papers submitted, the Court hereby GRANTS that Motion, and orders that Respondents Orrick Herrington & Sutcliffe, LLP, Michael Torpey, and Mitchell Zuklie comply with the summonses issued to them by the arbitrator in the underlying arbitration by appearing before that arbitrator at the hearing scheduled for September 13, 2021, and bringing with them the documents specified in the summonses issued by the arbitrator.

IT IS SO ORDERED.

Dated: _____, 2021

By: _____
United States District Court Judge

-1-

[Proposed] Order Granting
Jones Day's Mot. To Compel
Case No.