UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONES DAY,<br><br>            Plaintiff,<br><br>   v.<br><br>ORRICK, HERRINGTON & SUTCLIFFE LLP, et al.,<br><br>            Defendants. | Case No. 21-mc-80181-JST<br><br>**ORDER TO FILE JOINT PROPOSED ORDER OR COMPETING PROPOSED ORDERS FOLLOWING REMAND** |

The Court of Appeals for the Ninth Circuit has remanded this case "with instructions to enforce Jones Day's petitions to compel Orrick and its partners to comply with the arbitral summonses." *Jones Day v. Orrick, Herrington & Sutcliffe, LLP*, 42 F.4th 1131, 1142 (9th Cir. 2022). The mandate issued on September 6, 2022. ECF No. 55.

The parties shall meet and confer on the form of an order that complies with the Ninth Circuit's instructions. They shall file either a joint proposed order or competing proposed orders within 14 days of the date of this order. If the parties submit competing proposed orders, the Court will endeavor to choose, in all respects, the single proposal it concludes is most reasonable. *See* Michael Carrell & Richard Bales, *Considering Final Offer Arbitration to Resolve Public Sector Impasses in Times of Concession Bargaining*, 28 Ohio St. J. on Disp. Resol. 1, 20 (2013) ("In baseball arbitration, . . . the parties . . . have every incentive to make a reasonable proposal to the arbitrator because the arbitrator will choose the more reasonable offer.").

**IT IS SO ORDERED.**

Dated: September 8, 2022

                                              JON S. TIGAR
                                          United States District Judge