David C. Kiernan (Cal. Bar No. 215335)
Craig E. Stewart (Cal. Bar No. 129530)
Paul C. Hines (Cal. Bar No. 294428)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Tel:  (415) 626-3939
Fax: (415) 875-5700
Email: dkiernan@jonesday.com
       cestewart@jonesday.com
       phines@jonesday.com

*Counsel for Petitioner Jones Day*

L. Christopher Vejnoska (Cal. Bar No. 96082)
Karen G. Johnson-McKewan (Cal. Bar No. 121570)
Nathan C. Dullum (Cal. Bar No. 222267)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Tel:  (415) 773-5700
Email:   cvejnoska@orrick.com
         kjohnson-mckewan@orrick.com
         ndullum@orrick.com

John K. Villa (*pro hac vice*)
Benjamin W. Graham (*pro hac vice*)
Haley L. Wasserman (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC  20024
Tel:  (202) 434-5000
Email:   jvilla@wc.com

*Counsel for Respondents Orrick Herrington & Sutcliffe, LLP, Michael Torpey, and Mitchell Zuklie*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONES DAY,<br><br>Petitioner,<br><br>v.<br><br>ORRICK, HERRINGTON & SUTCLIFFE LLP, et al.,<br><br>Respondents. | Case No. 21-mc-80181-JST<br><br>**JOINT STATUS REPORT** |

Petitioner Jones Day and Respondents Orrick Harrington & Sutcliffe, LLP, Michael Torpey, and Mitchell Zuklie (collectively, "Orrick," and with Jones Day, the "Parties") respectfully submit the following Joint Status Report.

1. On September 8, 2022, this Court ordered the Parties to meet and confer on the form of an order that complies with the mandate of the Court of Appeals for the Ninth Circuit remanding this case "with instructions to enforce Jones Day's petitions to compel Orrick and its

partners to comply with the arbitral summonses." Dkt. No. 56 (quoting *Jones Day v. Orrick, Herrington & Sutcliffe, LLP*, 42 F.4th 1131, 1142 (9th Cir. 2022)).  The order instructed the Parties to file either a joint proposed order or competing proposed orders within 14 days.  *Id.*

2. The Parties met and conferred on September 13, 2022.  The Parties agreed that new summonses must be issued by the arbitrator to amend the now expired hearing date before any compliance is either required or possible.  In requesting new summonses, Jones Day agreed to consider narrowing the scope of its requests.

3. On September 22, 2022, the Parties filed a Joint Status Report advising that the arbitrator issued an Interim Award on September 9, 2022, the record in the arbitration would remain open, and the arbitrator would schedule further proceedings regarding damages and the arbitral summonses.  Dkt. No. 57.  Jones Day further advised that the arbitrator would meet with the arbitral parties (which do not include Orrick) on September 30, 2022, to discuss the Interim Award and the arbitral summonses.  *Id.*  In light of the September 30 arbitral hearing, the Parties requested that this Court defer further action on the summonses until October 13, 2022.  *Id.*

4. On September 23, 2022, this Court ordered that the Parties submit a Joint Status Report on or before October 13, 2022, updating the Court on the status of the issuance of the summonses and proposing next steps in light of the Ninth Circuit's mandate.  Dkt. No. 58.

5. On October 21, 2022, the arbitrator issued new summonses, which Jones Day served on Orrick through its counsel the same day.  The summonses call for the recipients' attendance at a hearing scheduled for December 16, 2022.

6. On November 2, 2022, the Parties filed a further Joint Status Report, advising the Court that the Parties were in the process of meeting and conferring about the scope of the summonses and requesting that the Court defer further action until November 21, 2022.

7. On November 4, 2022, the Court ordered the Parties to submit a Joint Status Report by November 21, 2022.  Dkt. No. 62.

8. On November 21, 2022, the Parties filed a further Joint Status Report, advising the Court that the Parties were in the process of meeting and conferring about the scope of the summonses and requesting that the Court defer further action until December 19, 2022.

9. On November 22, 2022, the Court ordered the Parties to submit a Joint Status Report by December 19, 2022.  Dkt. No. 64.

10. Jones Day has advised Orrick that, on December 15, 2022, the arbitrator adjourned the December 16 hearing on the summonses and ordered that the hearing be rescheduled on a date to be determined.

11. The Parties continue to meet and confer about the summonses.  That process has been productive, and the Parties anticipate reaching agreement about the manner and scope of Orrick's compliance.

12. In light of the foregoing, the Parties respectfully request that this Court defer further action until January 20, 2023.  By that date, the Parties will submit a joint status report updating the Court on developments and proposing next steps in light of the Ninth Circuit's mandate.

Dated:  December 19, 2022          Respectfully submitted,

 /s/ Craig E. Stewart
Craig E. Stewart
JONES DAY

*Counsel for Petitioner Jones Day*


 /s/ L. Christopher Vejnoska

L. Christopher Vejnoska
ORRICK, HERRINGTON & SUTCLIFFE LLP

*Counsel for Respondents Orrick Herrington & Sutcliffe, LLP, Michael Torpey, and Mitchell Zuklie*